# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                                    CASE NO.  1:99-CR-13-01 SPM

JESSIE CORBITT

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for:  _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee,___ Bond, ___ Other (Specify) _____

By:_____Jessie Corbitt_____ (Payee)
Address:   17669 NE 37 Court
             Citra, FL 32113

Receipt Number_400-111977_____   Date of Receipt  ____9/12/06_____

Motion: N/A

Explanation: A review of the payment records for Mr. Corbitt indicates an overpayment of $55.84. According to the court dockets and financial records, Mr. Corbitt does not owe any additional money and should be reimbursed $55.84.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:  _____s/Philip Detweiler_____
                      Philip Detweiler, Financial Specialist          Date:  September 19, 2006

## ORDER OF COURT

It is ORDERED this  _19th_  day of  _September_ , 2006, that the Clerk refund the identified funds to the payee.

APPROVED____✓_____

DENIED_____          _s/ Stephan P. Mickle_____
                              STEPHAN P. MICKLE
                              UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99